UNITED STATES DISTRICT COURT
for the
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 SEP 30 AM 8: 53

CLERK
BY: ꓘꓵꓷ
DEPUTY CLERK

Michael and Karen Hathaway
Plaintiffs

Civil Action

5:16-cv-238

v.

Kent Corporation, a foreign corporation
Defendant

## MOTION TO DISMISS

Pursuant to Fed.R.Civ.P. 41, Michael and Karen Hathaway move to dismiss the Complaint.

Dated at Burlington, Vermont this _____ day of September 2016.

BY: _____
MICHAEL HATHAWAY
Christopher McVeigh, Esq.
McVeigh ♦ Skiff
30 Elmwood Avenue
P.O. Box 1112
Burlington, VT 05402-1112
(802) 660 - 2466

1